**Balram R. JERRY, Plaintiff–Appellant**

v.

**FLUOR CORPORATION; Fluor Enterprises, Incorporated, Defendants–Appellees.**

No. 12–20560.

United States Court of Appeals, Fifth Circuit.

June 18, 2013.

Katherine L. Butler, Esq., Butler & Harris, Houston, TX, for Plaintiff–Appellant.

Dennis Paul Duffy, Esq., Baker & Hostetler, L.L.P., Houston, TX, Defendants–Appellees.

Before JOLLY, DAVIS, and PRADO, Circuit Judges.

PER CURIAM: *

After carefully reviewing the record and considering the briefs of the parties and argument of counsel, we are satisfied the evidence adequately supports the jury's verdict.

We also conclude that the trial court committed no reversible error in its evidentiary rulings that appellant challenges in this appeal. We, therefore, affirm the judgment of the trial court entered on the jury's verdict.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.